# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RUSSELL GARNET TURNER | ) Case No: 5:99CR71-5 |
| | ) USM No: 15130-058 |
| Date of Previous Judgment: August 13, 2001 | ) Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34            Amended Offense Level: 32
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: Life to Life months    Amended Guideline Range: 360 to 360 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the original sentence is this case was limited to the statutory maximum of 360 months by *Apprendi v. New Jersey*, which then became the applicable guideline range, per USSG §5G1.1(a). (A Notice under 21 U.S.C. § 851 was granted, which enhanced the statutory minimum sentence to a term of Life)

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated August 13, 2001, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 5, 2011

Effective Date: August 5, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge